Case 3:25-cv-00026   Document 19   Filed on 08/07/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 07, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| STEVE CABALLERO, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | 3:25-cv-26 |
| PBI INTERNATIONAL, LLC, | § § § | |
| Defendant. | § § | |

## **STIPULATED DISMISSAL**

On August 6th, 2025, the parties filed a joint stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Dkt. 17.

Accordingly, it is hereby **ORDERED** that all claims asserted by any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed. Each party shall bear its own attorneys' fees and costs. Any pending motions are hereby denied as moot.

Signed on Galveston Island this 7th day of August, 2025.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE